46443.   In re BOULT.

PER CURIAM. An applicant for admission to the State Bar of Georgia by comity (*Code Ch.* 9-2) appeals from the order denying his application. Since the applicant has, pending this appeal,

passed the bar examination, the issue is moot.

*Appeal dismissed. Hall, P. J., and Eberhardt, J., concur. Whitman, J., not participating because of illness.*

ARGUED SEPTEMBER 16, 1971—DECIDED NOVEMBER 3, 1971.

Reber F. Boult, Jr., *pro se, Albert M. Horn, Jack Watson, Jr.,* for appellant.

*Alexander Cocalis, Mallory C. Atkinson,* for appellee.